## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EGZIT CORPORATION, | ) | Case No. 24-09966 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

### NOTICE OF MOTION

**TAKE NOTICE** that on the 31st day of July 2024, at 1:00 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in her stead, either at the United States Bankruptcy Court, Courtroom 682, 219 South Dearborn Street, Chicago, Illinois, or electronically as described below, and present the Debtor's Motion for Extension of Time to File Schedules and Statements, a copy of which is attached.

Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.

To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

Meeting ID and passcode. The meeting ID for this hearing is 160 9362 1728 and a passcode is not necessary. The meeting ID and passcode can also be found on Judge Thorne's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-deborah-l-thorne.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/Peter C. Nabhani*
_____
**Peter C. Nabhani (Atty. No. 6283600)**
**Attorney for Debtor**
**77 W. Washington Street, #1507**
**Chicago, IL 60602**
**T. (312) 219-9149**
**F. (856) 441-9744**
**E. pcnabhani@gmail.com**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-09966 |
| | ) | |
| Egzit Corporation, | ) | Hon. Deborah L. Thorne |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS**

**NOW COMES** the Debtor, Egzit Corporation , by and through its attorney, Peter C. Nabhani, and petitions the Court for an extension of time to file its outstanding Schedules of Assets and Liabilities, Schedule of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs ("Schedules and Statements"), and in support thereof states as follows:

1. The Debtor is an over the road interstate trucking company, with over a dozen creditors and 20 trucks and trailers, which filed for relief under Chapter 11 of the United States Bankruptcy Code on 7/9/2024, on an emergency basis to continue operations and to avoid repossession of its trucks.

2. The decision to file was done after extensive analysis of the Debtor's gross income and expenses from the prior year which suggested that a feasible 100% Plan could be proposed. Current and additional information was incomplete at the time of filing the Petition.

3. At the time of filing the Petition, the Debtor's counsel suffered an unexpected and extreme medical issue that has delayed him from being able to complete gathering the information necessary to complete the Schedules and Statements.

4.  It is the undersigned's intention to complete the Schedules and Statements by August 1, 2024.

**WHEREFORE**, the Debtor, Egzit Corporation, prays that an Order be entered granting an extension of time to file the Schedules and Statements to 8/1/2024.

/s/*Peter C. Nabhani*
_____
**Peter C. Nabhani**

Atty. No. 6283600
**Peter C. Nabhani**
**Attorney for Debtor**
**77 W. Washington Street, #1507**
**Chicago, IL 60602**
**(312) 219-9149**
**pcnabhani@gmail.com**